■ In the Matter of ROBERT FUNK, Appellant, v BERNARD KERIK et al., Respondents. [773 NYS2d 284]—

Order, Supreme Court, New York County (Michael Stallman, J.), entered August 26, 2002, which denied the petition to annul a determination rejecting petitioner's application for accident disability retirement benefits, unanimously affirmed, without costs.

The Medical Board based its recommendation on a finding that petitioner's emotional distress did not arise solely by reason of events emanating from a 1993-1994 precinct assignment where he had witnessed the station house shooting of a fellow officer by another, but rather from a pre-existing stress disorder. This finding was based on credible evidence, and was not arbitrary and capricious (*Matter of Borenstein v New York City Employees' Retirement Sys.*, 88 NY2d 756, 760-761 [1996]). Concur—Buckley, P.J., Tom, Sullivan, Ellerin and Williams, JJ.